UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MADHVAMUNI K DAS, et al.,<br><br>           Plaintiffs,<br><br>      v.<br><br>WMC MORTGAGE CORP., et al.,<br><br>           Defendants. | Case No.: C 10-0650 PVT<br><br>**ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"; AND CONTINUING HEARING** |

On March 12, 2010, Defendant WMC Mortgage Corp. filed a motion to dismiss.[1] Pursuant to Civil Local Rule 73-1(a)(2),[2] no later than five court days after that motion was filed each party was required to file either a written consent to the jurisdiction of the Magistrate Judge, or request reassignment to a District Judge.[3] Only one party has done so. Therefore, based on the file herein,

IT IS HEREBY ORDERED that the deadline for the parties to file either a "Consent to

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

[2] A copy of the court's Civil Local Rules are available from the clerk of the court, or from the "Rules" section of the court's website (www.cand.uscourts.gov).

[3] Magistrate Judges have authority to hear dispositive motions, such as the motion to dismiss, only in cases where all parties have consented to Magistrate Judge jurisdiction. *See* 28 U.S.C. § 636(c)(1).

ORDER, *page 1*

Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment," is extended to April 27, 2010.  Both forms are available from the clerk of the court, or from the "Forms" section of the court's website (www.cand.uscourts.gov).

IT IS FURTHER ORDERED that Defendant First American Title Insurance Company's motion to dismiss is CONTINUED to 10:00 a.m. on May 4, 2010, to be heard along with the other Defendants' motions.

Dated: *4/20/10*

*[signature]*
PATRICIA V. TRUMBULL
United States Magistrate Judge