UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MADHVAMUNI K DAS, et al., | ) | Case No.: C 10-0650 PVT |
| Plaintiffs, | ) ) | **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED** |
| v. | ) ) | **FOR FAILURE TO PROSECUTE; AND** |
| WMC MORTGAGE CORP., et al., | ) ) | **ORDER CONTINUING HEARING** |
| Defendants. | ) ) | |

Six of the Defendants have filed (or joined in) motions to dismiss which are currently scheduled for hearing on May 4, 2010.[1] Pursuant to Civil Local Rule 7-3, Plaintiffs were required to file either an opposition or else a statement of non-opposition no later than April 13, 2010. Plaintiffs failed to file any opposition or statement of non-opposition. Based on the file herein,

IT IS HEREBY ORDERED that no later May 11, 2010, Plaintiff shall file, for each pending motion, either a brief and supporting declaration showing cause why the motion to dismiss should not be granted or else a statement of non-opposition.

IT IS FURTHER ORDERED that the hearing on the pending motions is CONTINUED to June 1, 2010.

Dated: *4/28/10*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*