UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MADHVAMUNI K DAS, et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>WMC MORTGAGE CORP., et al.,<br><br>            Defendants. | Case No.: C 10-0650 PVT<br><br>**ORDER SOLICITING SUPPLEMENTAL BRIEFING AND CONTINUING HEARING** |

Currently scheduled for hearing on June 29, 2010, are motions to dismiss filed by various Defendants. However, it has come to the court's attention that the Plaintiffs allege in their complaint that they filed bankruptcy proceedings shortly before filing this action. Thus, before holding a hearing on the pending motions to dismiss, the court needs to ascertain whether a trustee has been appointed, and if so whether Plaintiffs have standing to bring this action. *See* 8A C.J.S. Bankruptcy § 105 ("Where at the time suit is brought, legal capacity to sue belongs to the trustee in bankruptcy, a debtor in bankruptcy generally lacks standing to bring suit"). Therefore,

IT IS HEREBY ORDERED that, no later than July 6, 2010, Plaintiffs shall file a supplemental brief informing the court of the status of their bankruptcy proceedings, whether a trustee has been appointed, and if a trustee has been appointed, addressing the issue of whether they have standing to bring this action.

ORDER, *page 1*

IT IS FURTHER ORDERED that if a trustee has been appointed, Plaintiffs shall promptly serve a copy of this order on the trustee and shall file a proof of such service no later than June 28, 2010.

IT IS FURTHER ORDERED that any Defendant that so chooses may file a response to Plaintiffs' supplemental brief no later than July 13, 2010.

IT IS FURTHER ORDERED that the hearings on the pending motions to dismiss are continued to July 27, 2010.

Dated: *6/22/10*

PATRICIA V. TRUMBULL
United States Magistrate Judge