1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

10

11

| | |
|---|---|
| MADHVAMUNI K. DAS; GEETHA M. DAS, | CASE NO.:  5:10-cv-00650-LHK |
| Plaintiffs, | [Assigned to the Honorable  Lucy H. Koh, U.S. District Judge] |
| vs. | |
| WMC MORTGAGE CORP., AMERICAN MORTGAGE NETWORK, THE CIT GROUP, FIRST AMERICAN TITLE INSURANCE COMPANY, MERS, OLD REPUBLIC DEFAULT MANAGEMENT SERVICES, BONAFIDE FINANCIAL WESTWOOD ASSOCIATES, CENTRAL MORTGAGE COMPANY, AMERICA'S SERVICING COMPANY, GMAC MORTGAGE CORP, DOES 1-100, | **ORDER GRANTING DEFENDANT AMERICAN MORTGAGE NETWORK, INC.'S *EX PARTE* APPLICATION TO ENLARGE TIME TO FILE ITS RESPONSE TO PLAINTIFFS' SECOND AMENDED COMPLAINT** |
| Defendants. | [No hearing Requested/Required] |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1       Defendant American Mortgage Network, Inc. (erroneously sued as "American Mortgage

2   Mortgage") ("AmNet") applied *ex parte* for an order to enlarge the time for it to file its response to

3   plaintiffs' Second Amended Complaint ("SAC").

4       Having read and considered defendant AmNet's *ex parte* application, and good cause

5   appearing, the Court hereby orders:

6

7       1.    Defendant AmNet's *ex parte* application is granted; and

8       2.    Defendant AmNet's response to plaintiffs' Second Amended Complaint shall be

9           served and filed no later than 30 days after the Court's order deciding co-

10          defendants' pending motion to Dismiss the Second Amended Complaint.

11      3.    If plaintiffs are granted leave to file a Third Amended Complaint, AmNet shall

12          respond to that pleading pursuant to Rule 15 unless a different time period is

13          subsequently ordered by the Court.

14

15  **IT IS SO ORDERED.**

16

17

18  Dated:   July 18, 2011                      *Lucy H. Koh*

19                             HON. LUCY H. KOH

                           UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

                  2

CASE NO. 5:10-CV-00650-LHK
ORDER GRANTING DEFT. AMNET'S EX PARTE
APPLICATION TO ENLARGE TIME TO RESPOND
TO SAC