UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MADHVAMUNI K. DAS, et al., | Case No.: 10-CV-00650-LHK |
| Plaintiffs, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| v. | |
| WMC MORTGAGE CORP., et al., | |
| Defendants. | |

This case was originally assigned to Magistrate Judge Paul S. Grewal, who has made a report and recommendation that the twentieth and twenty-first causes of action in the SAC be dismissed with leave to amend. The Magistrate Judge's Report and Recommendation was filed and served on June 8, 2011. No objections have been filed, and the time to file objections has expired.

Having reviewed the Report and Recommendation, as well as the record in this case, the court finds that the Report and Recommendation is well-founded in fact and in law and, therefore, the Report and Recommendation is adopted in its entirety. Accordingly, the twentieth and twenty-first causes of action in the SAC are dismissed with leave to amend. Plaintiff may file a Third Amended Complaint within 21 days of this Order. **Failure to file a Third Amended Complaint**

**by August 8, 2011 will result in dismissal of the twentieth and twenty-first causes of action with prejudice.**

**IT IS SO ORDERED.**

Dated: July 18, 2011

_____
LUCY H. KOH
United States District Judge