UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MADHVAMUNI K. DAS, et al.,<br><br>　　　　　Plaintiffs,<br>　　v.<br>WMC MORTGAGE CORP., et al.,<br><br>　　　　　Defendants. | Case No.: 10-CV-00650-LHK<br><br>ORDER DENYING STIPULATION TO SUBSTITUTE COUNSEL |

On November 9, 2011, Defendant Bonafide Financial filed a Stipulation and Order to Substitute their Attorney Out of the Case and Represent Itself. ECF No. 130. Pursuant to Civil Local Rule 3-9(b), a corporation may appear only through a member of the bar of this Court. The stipulation states that "Defendant's new representative will be itself" and lists Shalini Goyal as the contact person. ECF No. 130, at 2. The stipulation does not represent that Shalini Goyal is a member of the bar of this Court, or even a licensed attorney in any jurisdiction. *Id*. Accordingly, the Court DENIES Bonafide's Stipulation. If Bonafide does not obtain counsel within 30 days, Plaintiffs may: (1) file a motion for entry of default within 14 days of Bonafide's failure to obtain new counsel; and (2) file a motion for default judgment within 30 days of Bonafide's failure to obtain new counsel.

**IT IS SO ORDERED.**

Dated: November 14, 2011

　　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 10-CV-00650-LHK
ORDER DENYING STIPULATION TO SUBSTITUTE COUNSEL