UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MADHVAMUNI K. DAS, GEETHA M. DAS, <br><br> Plaintiffs, <br> v. <br><br> WMC MORTGAGE CORP.; AMERICAN MORTGAGE NETWORK; THE CIT GROUP; FIRST AMERICAN TITLE INSURANCE COMPANY; MERS; OLD REPUBLIC DEFAULT MANAGEMENT SERVICES; BONAFIDE FINANCIAL; WESTWOOD ASSOCIATES; CENTRAL MORTGAGE COMPANY; AMERICA'S SERVICING COMPANY; GMAC MORTGAGE CORP.; DOES 1-100. <br><br> Defendants. | Case No.: 10-CV-00650-LHK <br><br> ORDER DISMISSING CLAIMS AGAINST GMAC AND CIT; ORDER DIRECTING PLAINTIFFS TO FILE A VOLUNTARY DISMISSAL AS TO AMERICA'S SERVICING COMPANY |

On November 28, 2011, the Court ordered Plaintiffs to serve Defendant GMAC Mortgage Corporation ("GMAC") by December 28, 2011, or face dismissal of their claims against GMAC for failure to prosecute pursuant to Fed. R. Civ. P. 4(m). ECF No. 134. Additionally, at the Case Management Conference held on December 7, 2011, the Court ordered Plaintiffs to serve Defendant The CIT Group by December 28, 2011, or similarly face dismissal of their claims. ECF No. 142. As of January 10, 2012, Plaintiffs have failed to file proof of service for either of these defendants as ordered by the Court. Accordingly, Plaintiffs' claims against these defendants are DISMISSED. The Clerk shall terminate Defendants GMAC Corp. and The CIT Group.

At the December 7, 2011 Case Management Conference, the Court also ordered Plaintiffs to file a stipulation dismissing Defendant America's Servicing Company. Plaintiffs failed to do so. If Plaintiffs fail to dismiss America's Servicing Company by January 13, 2012, the Court

1

Case No.: 10-CV-00650-LHK
ORDER DISMISSING CLAIMS AGAINST GMAC AND CIT; ORDER DIRECTING PLAINTIFFS TO FILE A VOLUNTARY DISMISSAL AS TO AMERICA'S SERVICING COMPANY

will issue an order to show cause why sanctions should not be imposed for failure to comply with a Court order.

**IT IS SO ORDERED.**

Dated: January 10, 2012



LUCY H. KOH
United States District Judge