Timothy A. Pupach, Esq.   SBN 214044
Melanie C. Akers, Esq.   SBN 254223
LAW OFFICES OF TIMOTHY A. PUPACH
95 South Market Street, Suite 260
San Jose, California 95113

Tel: (408) 971-9445
Fax: (408) 971-9444
E-mail: tim@pupachlaw.com

Attorneys for Defendant, BONAFIDE FINANCIAL

IN THE FEDERAL DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE BRANCH

| | |
|---|---|
| MADHVAMUNI K. DAS; GEETHA M. DAS, <br> Plaintiffs, <br> vs. <br> WMC MORTGAGE CORP.; AMERICAN MORTGAGE NETWORK; THE CIT GROUP; FIRST AMERICAN TITLE INSURANCE COMPANY; MERS; OLD REPUBLIC DEFAULT MANAGEMENT SERVICES; BONAFIDE FINANCIAL; WESTWOOD ASSOCIATES; CENTRAL MORTGAGE COMPANY; AMERICA'S SERVICING COMPANY; GMAC MORTGAGE CORP; DOES 1 TO 100, <br> Defendants. | Case No.: 10-CV-00650-LHK <br><br> **DEFENDANT BONAFIDE FINANCIAL'S STIPULATION AND ORDER FOR SUBSTITUTION OF ATTORNEY** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD PLEASE TAKE NOTICE THAT:

---
1

Defendant BONAFIDE FINANCIAL hereby substitutes its attorneys Wade & Silverstein and Amiel L. Wade out of the case as its counsel of record. The Defendant's new representative will be the following attorney:

Timothy A. Pupach
Law Offices of Timothy A. Pupach
95 S. Market Street, Suite 260
San Jose, CA 95113
T: (408) 971-9445
F: (408) 971-9444
tim@pupachlaw.com

LAW OFFICES OF TIMOTHY A. PUPACH

Dated: January 17, 2012

/s/   TIMOTHY A. PUPACH
TIMOTHY A. PUPACH, Attorney for Defendant BONAFIDE FINANCIAL

WADE & SILVERSTEIN

Dated: January 17, 2012

AMIEL L. WADE, Former Attorney for Defendant BONAFIDE FINANCIAL

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: January 18, 2012

*Lucy H. Koh*
UNITED STATES DISTRICT JUDGE