UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MADHVAMUNI K. DAS, GEETHA M. DAS, <br><br> Plaintiffs, <br> v. <br><br> WMC MORTGAGE CORP.; AMERICAN MORTGAGE NETWORK; THE CIT GROUP; FIRST AMERICAN TITLE INSURANCE COMPANY; MERS; OLD REPUBLIC DEFAULT MANAGEMENT SERVICES; BONAFIDE FINANCIAL; WESTWOOD ASSOCIATES; CENTRAL MORTGAGE COMPANY; AMERICA'S SERVICING COMPANY; GMAC MORTGAGE CORP.; DOES 1-100. <br><br> Defendants. | Case No.: 10-CV-00650-LHK <br><br> ORDER VACATING HEARING AND CASE MANAGEMENT CONFERENCE |

Defendants' motions to dismiss Plaintiffs' third amended complaint, ECF Nos. 145, 155, are set to be heard on April 19, 2012, at 1:30 p.m., with a further case management conference to follow. Pursuant to Civil Local Rule 7-1(b), these two motions are appropriate for determination without oral argument. Accordingly, the hearing on the motions and the further case management conference are hereby VACATED. An order on the motions will follow.

**IT IS SO ORDERED.**

Dated: April 16, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No.: 10-CV-00650-LHK
ORDER VACATING HEARING AND CASE MANAGEMENT CONFERENCE